IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-27-D

LAMAR IRONHORSE, and )
A.I., a Minor Child, )
)
Plaintiffs, )
)
v. )                          **ORDER**
)
TERRY B. STOMEL, and )
ADLER AND STOMEL, )
)
Defendants. )

On March 3, 2021, the court ordered that pro se litigant, Lamar Ironhorse ("Ironhorse" or

"plaintiff"), is not permitted to litigate on behalf of his minor child. See [D.E. 6]. The court also

ordered Ironhorse to obtain counsel to represent his minor son or file an amended complaint. See

id. On March 16, 2021, Ironhorse filed a motion for the appointment of Jennifer Locklear as next

friend to represent minor child or for appointment of counsel. See [D.E. 8]. Nothing shows that

Jennifer Locklear is a licensed attorney.

Plaintiff's motion to appoint Locklear to represent minor child or for appointment of counsel

[D.E. 8] is DENIED.

SO ORDERED. This 17 day of February, 2022.

JAMES C. DEVER III
United States District Judge