IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-27-D

LAMAR IRONHORSE, and )
A.I., a Minor Child, )
)
             Plaintiffs, )
)
v. ) **ORDER**
)
TERRY B. STOMEL, and )
ADLER AND STOMEL, )
)
             Defendants. )

The court DENIES as moot defendants' motion to dismiss [D.E. 16].

SO ORDERED. This 17 day of February, 2022.

                                        JAMES C. DEVER III
                                        United States District Judge